IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDRICK BERNARD MOSLEY,    )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )       2:13cv450-MHT
                            )           (WO)
DOMINIC JONES, et al.,      )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (doc. no. 48) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 47) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 23) is denied with respect to the claims against defendants Dominic Jones (referred to in the original complaint as "Jones Dominic"), Larry Peavy, Christopher Scott, Timmy Adkinson, Kelvin Teal, and Marvin Scaife for use of excessive force and failure to protect.

(4) Defendants' motion for summary judgment (doc. no. 23) is granted with respect to the claims for monetary damages against all defendants in their official capacities.

(5) Defendants' motion for summary judgment (doc. no. 23) is granted with respect to all claims against defendants Nathaniel Lawson, Shawn Logan, Larry Anglin, Derrick Carter, Sherry Lightner, Brian Mitchell, Bobby Lingo, and the Central Review Board, with plaintiff taking nothing by his complaint against these defendants and these defendants terminated as parties to this case.

It is further ORDERED that no costs are taxed.

The clerk of court is DIRECTED to correct the docket to reflect that the correct name of the defendant listed as "Jones Dominic" is "Dominic Jones."

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 28th day of September, 2016.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE