IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FREDRICK BERNARD MOSLEY,  )<br>　　　　　　　　　　　　　　 )<br>　　Plaintiff,　　　　　　　 )<br>　　　　　　　　　　　　　　 )　　CIVIL ACTION NO.<br>　　v.　　　　　　　　　　　 )　　　2:13cv450-MHT<br>　　　　　　　　　　　　　　 )　　　　　　(WO)<br>DOMINIC JONES, et al.,　　 )<br>　　　　　　　　　　　　　　 )<br>　　Defendants.　　　　　　　) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that the defendant correctional officers used excessive force against him or failed to protect him from the other officers during the use of force. An evidentiary hearing on his claims was held before the United States Magistrate Judge. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that judgment be entered for defendants and against plaintiff. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record (including review of the transcript of the evidentiary hearing and all exhibits entered into evidence), the court

concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of January, 2017.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE